UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICKOLAS KOVTUSCHENKO,

    Plaintiff,

v.                                              Case No: 2:17-cv-304-FtM-38MRM

RONELLE MORE, GLEN SIEGLE,
KEN DOHERTY, CHRISTOPHERN
CONSTANCE, BILL TRUEX,
STEPHEN R. DEUTSCH, JOE
TISEO and ALL COMERS,

    Defendants.
_____/

# **ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file. On June 17, 2017, the Court granted *pro se* Plaintiff Nickolas Kovtuschenko's Motion to Dismiss to Defendants Charlotte County, Charlotte County Code Enforcement. (Doc. 8). It also directed him to file a written notice by June 30, 2017, that states whether he was also dismissing this case against the other named defendants, or if he intended to proceed against them. (Doc. 8). Plaintiff has not responded to the Court's Order, and the time to do so has expired. He thus has evidenced a lack of interest in prosecuting the remainder of this case. *See* M.D. Fla. R. 3.10(a).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

The above-captioned case is **DISMISSED**, and the Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of July 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record